THE OPINION "O-1659" MUST BE REQUESTED FROM
THE STATE ARCHIVES.